## HARLAN *v.* WATSON ET AL.

APPEAL from the Tipton Circuit Court.

PETTIT, J.—This appeal has once before been dismissed, and the transcript, by leave, withdrawn, refiled, and submitted. It must again be dismissed for the same reasons as before. See 39 Ind. 393. Since the former dismissal there has been no change in the assignment of errors, nor has notice been given to the co-parties of the one appealing, as required by 2 G. & H. 270, sec. 551.

The appeal is dismissed, at the costs of the appellant.

*D. Moss* and *N. R. Overman,* for appellant.

*J. W. Robinson, J. Green,* and *D. Waugh,* for appellees.